IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BRENT TERRELL MARTIN, SR.**                                      **PLAINTIFF**
ADC #135068

v.                  Case No. 2:21-cv-00107-KGB

**BENNIE DANIELS,** *et al.*                                                  **DEFENDANTS**

## ORDER

Before the Court is the status of this case. On August 18, 2022, this Court granted plaintiff Brent Terrell Martin's motion to proceed *in forma pauperis* and ordered service of Mr. Martin's complaint on defendants Bennie Daniels, Lionell Moss, and Jamal Henry (Dkt. No. 4, at 4). The copy of the Court's August 18, 2022, Order, sent to Mr. Martin was returned undeliverable (Dkt. No. 5). As a result, on December 16, 2022, this Court entered a show cause Order to require Mr. Martin to show cause no later than January 16, 2023, as to why this case should not be dismissed (Dkt. No. 9). The Court notified Mr. Martin that failure to submit the requested status update by January 16, 2023, would result in the dismissal without prejudice of this case (*Id.*).

As of the date of this Order, Mr. Martin has not complied with the Court's December 16, 2022, Order, and the time for doing so has passed. *See* Local Rule 5.5 of the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."). Accordingly, the Court dismisses without prejudice Mr. Martin's claims for failure to prosecute (Dkt. No. 2).

It is so ordered this 19th day of January, 2023.

                                                           Kristine G. Baker
                                                           United States District Judge